2026 AUG 17 AM11:31
RCVD - USDC - CHAS, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Franklin Reed Burke, Jr.,
Plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

" SEE ATTACHMENT "

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Franklin Reed Burke Jr. |
| Street Address | 6958 Whitcomb Dr. |
| City and County | N. Charleston Charleston County |
| State and Zip Code | SC 29406 |
| Telephone Number | (843) 901-9078 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Folly Beach |
| Job or Title (if known) | Municipality |
| Street Address | 21 Center St. PO BOX 48 |
| City and County | Folly Beach Charleston County |
| State and Zip Code | SC 29439 |
| Telephone Number | (843) 588-2447 |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Timothy Goodwin (AKA) Tim Goodwin |
| Job or Title (if known) | Former Mayor City of Folly Beach |
| Street Address | 312 W. Indian Ave. |
| City and County | Folly Beach Charleston County |
| State and Zip Code | SC 29439 |

Telephone Number (843) 588-9955

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name ANDREW ALAN GILREATH

Job or Title (if known) DIRECTOR/CHIEF FOLLY BEACH DPS

Street Address 865 HALE ST.

City and County CHARLESTON CHARLESTON COUNTY

State and Zip Code SC 29412

Telephone Number (317) 402-9222 (843) 588-2447WK

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name KRISTIN GRAZIANO

Job or Title (if known) FORMER CHARLESTON COUNTY SHERIFF

Street Address 245 LANDS END DR.

City and County CHARLESTON CHARLESTON COUNTY

State and Zip Code SC 29407

Telephone Number (843) 270-7120

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If

you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

" SEE ATTACHMENT "

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

" SEE ATTACHMENT"

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

City of Folly Beach, Charleston County, SC, 29439; City of Folly Beach City Hall ( Mayor's Office and City Adminstrator's Office).

B. What date and approximate time did the events giving rise to your claim(s) occur?

MARCH 22, 2024 THRU APRIL 2, 2026.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

" SEE ATACHMENT "

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

NA

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests judgement against Defendants for:

Compensory damages for loss of reputation, emotional distress, and lost wages;

Punitive damages against the individual Defendants;

Reasonable attorney fees and costs pursuant to 42 U.S.C. 1988 and such other relief as the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/17/, 2026.

Signature of Plaintiff Franklin Reed Burke, Jr.

Printed Name of Plaintiff Franklin Reed Burke, Jr.

**B. For Attorneys**

Date of signing: ___________, 20__.

Signature of Attorney ______________________________________________

Printed Name of Attorney ________________________________________
Bar Number ________________________________________
Name of Law Firm ________________________________________
Address ________________________________________
Telephone Number ________________________________________
E-mail Address ________________________________________

RCVD - USDC - CHAS, SC
2026 AUG 17 AM11:31

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**(CHARLESTON DIVISION)**

**FRANKLIN REED BURKE, JR.,**

PLAINTIFF

v.

**THE CITY OF FOLLY BEACH;**
**FORMER MAYOR TIMOTHY GOODWIN (AKA TIM GOODWIN);**
**CHIEF ANDREW GILREATH;**
**FORMER CHARLESTON COUNTY SHERIFF KRISTIN GRAZIANO;**
**INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES;**

DEFENDANTS,

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. ____________________

**Jury Trial: YES**

---

## COMPLAINT AND JURY DEMAND

Plaintiff Franklin Reed Burke, Jr., complaining of the Defendants above-named, alleges as follows:

## NATURE OF THE ACTION

1. This is a civil rights action brought pursuant to 42 U.S.C. § 1983 and the laws of the State of South Carolina to redress the deprivation of Plaintiff's rights under the First and Fourteenth Amendments to the United States Constitution.

2. Plaintiff, the former Deputy Director/Chief of the Folly Beach Department of Public Safety (FBDPS), was subjected to a coordinated campaign of political retaliation, administrative harassment, and constructive discharge after announcing his candidacy for Charleston County Sheriff and reporting a validated public safety threat to the FBI.

## PARTIES AND JURISDICTION

3. Plaintiff Franklin Reed Burke, Jr. ("Burke") is a resident of Charleston County, South Carolina, and was at all relevant times a highly decorated Chief law enforcement officer and Fire Chief.

4. Defendant City of Folly Beach is a municipality and political subdivision of the State of South Carolina.

5. Defendant Mayor Tim Goodwin was at all relevant times the Mayor of Folly Beach and an ally of Defendant Graziano.

6. Defendant Chief Andrew Gilreath was at all relevant times the Director/Chief of FBDPS.

7. Defendant Kristin Graziano was the incumbent Sheriff of Charleston County and was Plaintiff's direct political opponent.

8. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

## STATEMENT OF FACTS

9. In May 2023, Plaintiff announced his candidacy for Charleston County Sheriff, challenging incumbent Defendant Graziano.

10. In March 2024, Plaintiff identified a credible public safety threat concerning a "Senior Skip Day" event planned for April 8, 2024, involving potential violence like the April 2023 Isle of Palms shooting.

11. On March 22, 2024, Plaintiff contacted FBI Agent Christopher Garrett. The FBI validated the threat and requested Plaintiff's assistance.

12. On April 3, 2024, at 2:10 PM, Plaintiff forwarded the FBI's validation to Defendants Gilreath and Goodwin.

13. On April 3, 2024, at 5:06 PM, within hours of the FBI notification, Defendant Gilreath ordered Plaintiff to "Stand down," citing an "unsolicited" and "unfortunate" call from Defendant Graziano.

14. On April 4, 2024, Plaintiff was summarily placed on Administrative Leave.

15. On April 8, 2024, the exact threat Plaintiff reported resulted in a vehicle stop (CCSO Case #2024004316) and the seizure of four firearms, including AR pistols, validating Plaintiff's professional judgment.

16. Despite this validation, Defendants demoted Plaintiff to "Livability Detective" on April 11, 2024, a position intended to be humiliating and constituting a constructive discharge.

17. Following Plaintiff's forced resignation on June 7, 2024, Defendants initiated a "Certification Misconduct Allegation" with the South Carolina Criminal Justice Academy (SCCJA) to destroy Plaintiff's career.

18. In April 2026, the SCCJA ordered the case closed, expunged all records of the allegations, and fully restored Plaintiff's certification, finding no misconduct.

## CAUSES OF ACTION

### COUNT I: 42 U.S.C. § 1983 - First Amendment Retaliation

19. Plaintiff's candidacy for public office and his report to the FBI constitute protected speech and protected activity on matters of public concern.

20. Defendants took adverse employment actions, including administrative leave, demotion, and constructive discharge, that would deter a person of ordinary firmness from exercising their First Amendment rights.

21. The temporal proximity between the "unsolicited" call from Defendant Graziano to Defendant Gilreath on April 3, 2024, and the immediate stand-down order and subsequent adverse actions establishes a retaliatory motive and causal connection.

**COUNT II: South Carolina Whistleblower Protection Act (S.C. Code Ann. § 8-27-10 et seq.)**

22. Plaintiff reported a public safety threat to a federal authority (the FBI). Defendants retaliated against him in violation of the South Carolina Whistleblower Protection Act.

**COUNT III: Civil Conspiracy**

23. Defendants Goodwin, Gilreath, and Graziano combined for the purpose of injuring Plaintiff in his profession and political campaign, and Plaintiff suffered special damage as a proximate result of overt acts taken pursuant to that combination.

**COUNT IV: Defamation Per Se**

24. Defendants published false allegations of professional misconduct that were ultimately found to be without merit and expunged by the SCCJA, causing injury to Plaintiff's professional reputation.

**PRAYER FOR RELIEF**

Plaintiff requests judgment against Defendants for:
a. Compensatory damages for loss of reputation, emotional distress, and lost wages;
b. Punitive damages against the individual Defendants;
c. Reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988; and. Such other relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Respectfully Submitted,
/s/ Franklin Reed Burke, Jr.